**Daniel Eric COBBLE, Appellant**

v.

**Patrick R. DONAHOE, United States Postmaster General; and his predecessor and protege, Appellee.**

**No. 14–5022.**

United States Court of Appeals, District of Columbia Circuit.

July 31, 2014.

Rehearing En Banc Denied Sept. 16, 2014.

Daniel Eric Cobble, Sparta, GA, pro se.

R. Craig Lawrence, Washington, DC, for Appellee.

BEFORE: ROGERS and BROWN, Circuit Judges, and GINSBURG, Senior Circuit Judge.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed December 2, 2013, be affirmed. Appellant's failure to present arguments that the district court's dismissal of his complaint was erroneous constitutes forfeiture of any such arguments. *See Doe v. District of Columbia*, 93 F.3d 861, 875 n. 14 (D.C.Cir.1996).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.